# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER EYOB-HAGOS,<br><br>                                    Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden, Imperial<br>Regional Adult Detention Facility; et al.,<br><br>                                    Respondents. | Case No.:  26-cv-3272-BJC-DEB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On May 28, 2026, Alexander Eyob-Hagos ("Petitioner") filed a petition for a writ of habeas corpus.  ECF No. 1.  On May 29, 2026, the Court set a briefing schedule and issued a limited stay.  ECF No. 2.  On June 4, 2026, Respondents filed a return to the petition stating that "the government does not oppose the petition and defers to the Court on the appropriate relief."  ECF No. 4 at 3.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Having shown good cause, Respondents shall **<u>immediately release</u>** Petitioner under the previous conditions when he was released on an order of recognizance in March 2021. ECF No. 1 at 2.  The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  June 24, 2026

_Bryan Cheeks_
_____

Honorable Benjamin J. Cheeks
United States District Judge

1